FARLEY v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. May 21, 1923.) No. 3483. In Error to the District Court of the United States for the Northern Division of the Western District of Washington. Criminal prosecution by the United States against Robert C. Farley. Judgment of conviction, and defendant brings error. Reversed.

PER CURIAM. Upon the answer of the Supreme Court (43 Sup. Ct. 197, 67 L. Ed. ——) to the questions certified to it by this court in the case of Brooks v. United States (No. 3522) 289 Fed. 1020, the judgment of the court below is reversed, and the cause remanded, with instructions to discharge the plaintiff in error.

———

HEITLER v. UNITED STATES, and four other cases. (Circuit Court of Appeals, Seventh Circuit. May 2, 1923. Rehearing Denied June 14, 1923.) Nos. 3266-3270. In Error to the District Court of the United States for the Northern District of Illinois, Eastern Division. Criminal prosecutions by the United States against Michael Heitler, against Nathaniel Perlman, against Mandel Greenberg, against Frank McCann, and against George F. Quinn. Judgments of conviction, and defendants separately bring error. Affirmed. See, also, 274 Fed. 401. Weymouth Kirkland and Robert N. Golding, both of Chicago, Ill., for plaintiffs in error. Edwin A. Olson and John E. Byrne, both of Chicago, Ill., for the United States. Before BAKER, ALSCHULER, and PAGE, Circuit Judges.

PER CURIAM. The record discloses a contrariety of evidence as to the guilt of the defendants who were on trial, a number of whom the jury acquitted. Concededly there was evidence which, if believed by the jury, would support its verdict of conviction of plaintiffs in error. Error is assigned and urged mainly on the rejection of evidence, remarks in closing argument to the jury of the district attorney, and the rulings thereon of the trial judge, the court's charge to the jury, and the failure to prove certain ones of the alleged criminal objects of the conspiracy charged. In our judgment it will serve no useful purpose to present here discussion of these or the other alleged errors. Suffice it to say, we find none of them sustained. No reversible error appearing, each of the judgments herein is affirmed.

———

HUCK et al. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. May 16, 1923.) No. 286. In Error to the District Court of the United States for the Southern District of New York. Criminal prosecution by the United States against Annie Huck and Charles Huck. Judgment of conviction, and defendants bring error. Affirmed. George Wolf, of New York City, for plaintiff in error. William Hayward, U. S. Atty., of New York City (Elmer H. Lemon, Sp. Asst. U. S. Atty., of Middletown, N. Y., of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

———

McKINNEY v. BLACK PANTHER OIL & GAS CO. et al. (Circuit Court of Appeals, Eighth Circuit. February 3, 1923.) No. 5573. Appeal from the District Court of the United States for the Eastern District of Oklahoma. Charles A. Dickson, of Okmulgee, Okl., W. W. Pryor, of Wewoka, Okl., George M. Swift, of Okmulgee, Okl., Charles A. Houts, of St. Louis, Mo., and Lafayette Walker, of Okmulgee, Okl., for appellant. J. C. Stone and Archibald Bonds, both of Muskogee, Okl., C. B. Stuart and M. K. Cruce, both of Oklahoma City, Okl., J. H. Gordon, of McAlester, Okl., Edward R. Jones, and Ephriam H. Foster, both of Muskogee, Okl., and Ralph A. Smith, of Tulsa, Okl., for appellees.

PER CURIAM. Decree of District Court modified and affirmed, without costs to either party in this court, per stipulation. See, also, 280 Fed. 486.